| PROB 22<br>(Rev12/06) | TRANSFER OF JURISDICTION | | FILED<br>NOV 2 4 2008<br>CLERK, U.S. DISTRICT COURT<br>RICHMOND, VA | DOCKET<br>91-00070<br>DOCKET | DEC 16, 2008<br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - MIAMI |

**08-20175-TP-HUCK/O'SULLIVAN**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Benito Calcines | DISTRICT<br><br>EASTERN DISTRICT OF VIRGINIA | DIVISION<br><br>Richmond | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Richard L. Williams | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>7/16/2008 | TO<br>7/15/2013 |

OFFENSE

Conspiracy to Possess with Intent to Distribute a Controlled Substance and Interstate Travel to Carry on illegal Activity

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF FLORIDA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| SEP 1 0 2008 | _/s/ Richard L. Williams_ |
|---|---|
| Date | United States District Judge |

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 23 Oct 2008 | _/s/_ |
|---|---|
| Effective Date | United States District Judge |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _/s/_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 91-00070-R |
| | ) |
| v. | ) Criminal No. |
| | ) |
| BENITO A. CALCINES | ) 21 U.S.C. § 846 |
| (Counts 1-3) | ) Conspiracy to Possess With |
| | ) Intent to Distribute |
| HECTOR MENDOZA | ) Controlled Substance |
| (Counts 1-3) | ) (Count 1) |
| | ) |
| NAOMI RODRIGUEZ | ) 18 U.S.C. § 1952 |
| (Counts 1-3) | ) Interstate Travel to Carry On |
| | ) Illegal Activity |
| MARIO M. LOPEZ | ) (Count 2) |
| (Counts 1-3) | ) |
| | ) 21 U.S.C. § 841 |
| | ) Possession With Intent to Distribute |
| | ) Controlled Substance |
| | ) (Count 3) |
| | ) |
| | ) 18 U.S.C. § 2 |
| | ) Aiding and Abetting |
| | ) (Counts 2 and 3) |

[FILED IN OPEN COURT stamp: CLERK, U.S. DISTRICT COURT, RICHMOND, VA]

JULY <u>1991 TERM</u> - At Richmond

<u>COUNT ONE</u>

THE GRAND JURY CHARGES that beginning in or before May 1990, and continuing until on or about the 14th day of June, 1991, in the Eastern District of Virginia, and elsewhere, and within the jurisdiction of this Court, BENITO A. CALCINES, HECTOR MENDOZA, NAOMI RODRIGUEZ, and MARIO M. LOPEZ, did knowingly, willfully and unlawfully combine, conspire, confederate, and

agree, together and with others both known and unknown to the Grand Jury, to possess with the intent to distribute in excess of 500 grams of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 846).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES that on or about the 14th day of July, 1991, in the Eastern District of Virginia and within the jurisdiction of this Court, BENITO A. CALCINES, HECTOR MENDOZA, NAOMI RODRIGUEZ, and MARIO M. LOPEZ did knowingly and unlawfully travel and did aid, abet, counsel, command, and induce travel in interstate commerce with the intent to promote, establish, carry on, and facilitate the promotion, establishment, and carrying on of unlawful activity, to wit: a business enterprise involving cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841, and did thereafter engage in that enterprise by possessing with the intent to distribute in excess of 500 grams of cocaine.

(In violation of Title 18, United States Code, Sections 1952 and 2).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES that on or about the 14th day of June, 1991, in the Eastern District of Virginia and within the jurisdiction of this Court, BENITO A. CALCINES, HECTOR MENDOZA, NAOMI RODRIGUEZ, and MARIO M. LOPEZ did knowingly and unlawfully possess and did aid, abet, counsel,

2

command, and induce the possession with the intent to distribute in excess of 500 grams of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841 and Title 18, United States Code, Section 2).

A TRUE BILL

_____
FOREPERSON

KENNETH E. MELSON
UNITED STATES ATTORNEY

By: _____
Stephen W. Miller
Assistant United States Attorney

3

No. _____

# UNITED STATES DISTRICT COURT

EASTERN     District of     VIRGINIA

RICHMOND _____ Division

## THE UNITED STATES OF AMERICA

vs.

BENITO A. CALCINES
~~HECTOR MENDOZA~~
NAOMI RODRIGUEZ
~~MARIO M. LOPEZ~~

## INDICTMENT

In violation of Title 21 USC § 846 - Conspiracy to Possess w/Intent to Dist. Controlled Sub.
In violation of Title 18 USC § 1952 - Interstate Travel to Carry On Illegal Activity
In violation of Title 21 USC § 841 - Poss. w/Intent to Distribute Controlled Substance
In violation of Title 18 USC § 2 - Aiding and Abetting

A true bill.

_____ Foreman

Filed in open court this _____ day,

of _____ A.D. 19 ___

_____ Clerk

Bail, $ _____



FILED IN OPEN COURT
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

FORM DBD-34
JUN. 85

# United States District Court

FOR THE EASTERN District of VIRGINIA/Richmond Division

UNITED STATES OF AMERICA
V.
BENITO A. CALCINES

(Name of Defendant)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: Criminal No. 91-00070-01-R

Michael M. Weise, Esquire
Juan de Jesus Gonzalez, Esquire
Defendant's Attorney

FILED DEC 20 1991
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

THE DEFENDANT:

[X] pleaded guilty to count(s) ONE (1) and TWO (2) of the indictment
[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute controlled substance | 6-14-91 | 1 |
| 18:1952 & 2 | Interstate travel to carry on illegal activity; aid & abet | 7-14-91 | 2 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
[X] Count(s) THREE (3) (is) dismissed on the motion of the United States.
[X] It is ordered that the defendant shall pay a special assessment of $ 100.00, for count(s) 1 and 2.

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ███████

Defendant's Date of Birth: ███/44

Defendant's Mailing Address:
███████
Miami (Hialeah), ██

Defendant's Residence Address:
Same as above

DECEMBER 20, 1991
Date of Imposition of Sentence

*Richard L. Williams* (signature)
Signature of Judicial Officer
RICHARD L. WILLIAMS
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

DECEMBER 20, 1991
Date



AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant:     BENITO A. CALCINES  
Case Number:   Criminal No. 91-00070-01-R

Judgment—Page __2__ of __3__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWO HUNDRED THIRTY-FIVE (235) MONTHS on Count 1; and SIXTY (60) MONTHS on Count 2. The term of imprisonment imposed on Count 2 is to run concurrently with the term of imprisonment imposed on Count 1.**

**The defendant is to receive credit for any time served as a result of these charges.**

[X] The court makes the following recommendations to the Bureau of Prisons: **that the defendant be incarcerated in a minimum security federal correctional institution in or near the State of Florida, and as close to the defendant's residence as possible.**

[X] The defendant is remanded to the custody of the United States marshal.  
[ ] The defendant shall surrender to the United States marshal for this district,  
    [ ] at _____ a.m./p.m. on _____.  
    [ ] as notified by the United States marshal.  
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,  
    [ ] before 2 p.m. on _____.  
    [ ] as notified by the United States marshal.  
    [ ] as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
United States Marshal

By _____  
Deputy Marshal

Defendant:     BENITO A. CALCINES
Case Number:   Criminal No. 91-00070-01-R

Judgment—Page 3 of 3

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS on Count 1; and a term of 3 years on Count 2. Both terms of supervised release are to run concurrently with each other.**

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

☐ The defendant shall not possess a firearm or destructive device.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# CRIMINAL DOCKET U.S. District Court

| | | |
|---|---|---|
| PO | 422 3 2214 | JUVENILE |
| Misd | | ALIAS |
| Felony | District Off Judge/Magist | OFFENSE ON INDEX CARD |

LAST, FIRST MIDDLE: **CALCINES, BENITO A.**

Case Filed: 7 3 91
Docket No: 91-00070-01-R
No. of Def's: 4
U.S. MAG CASE NO: 91-0518M-01

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG |
|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute controlled substance (Ct.1) | 1 | |
| 18:1952 & 2 | Interstate travel to carry on illegal activity; aid & abet (Ct.2) | 1 | |
| 21:841; 18:2 | Possession with intent to distribute controlled substance; aid & abet (Ct.3) | 1 | |

CASE CLOSED

SUPERSEDING COUNTS: 4

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE: 6/15/91 EARLIEST OF
- [X] arrest
- [ ] summons
- [ ] custody
- [ ] appears on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE: 7/3/91 APPLICABLE
- [X] Indictment filed/unsealed
- [ ] consent to Magr trial on complaint
- [ ] Information
- [ ] Felony W/waiver

- KEY DATE: 6/17/91
- a)[X] 1st appears on pending charge /R40
- b)[ ] Receive file R20/21
- c)[ ] Supsdg [ ]Ind [ ]Inf
- d)[ ] Order New trial
- e)[ ] Remand f)[ ]G/P Withdrawn

**END INTERVAL TWO**
- KEY DATE: 7/19/91 APPLICABLE
- [ ] Dismissal
- [X] Pled guilty [X] After N.G.
- [ ] Nolo [ ] After nolo
- [ ] Trial (voir dire) began [ ] Jury [ ] N.J

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED | on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| 6/17/91 | 7/18/91 | | | | 7/19/91 | 12/20/91 | | on S.T. grounds [ ] W.P. [ ] WOP | |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ▶ | | 6/17/91 | 22AI |

Date of Arrest: 6/15/91
OFFENSE (In Complaint): 21:846 Conspire to distribute cocaine

INITIAL APPEARANCE DATE ▶ 6/17/91
PRELIMINARY EXAMINATION: Date Scheduled / OR / REMOVAL HEARING / Date Held
[X] WAIVED [ ] NOT WAIVED
[ ] INTERVENING INDICTMENT
Tape Number: 113, 114

INITIAL/NO: 22AI

OUTCOME:
[ ] DISMISSED
[X] HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
[ ] HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:
04-M. Lopez; 03-Rodriguez; 02-Mendoza

RULE: 20 21 40 in Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.
Stephen W. Miller, AUSA

Defense: 1 [ ] CJA  2 [X] Ret.  3 [ ] Waived  4 [ ] Self  5 [ ] Non/Other  6 [ ] PD  7 [ ] CD

Juan de Jesus Gonzalez, Esq. (ret.)
Forcenergy Center, Su. 202
2730 S.W. 3rd Av.
Miami, FL 33129
305/854-8495

John Lichtenstein, Esq.
BREMNER, BABER, & JANUS
P.O. Box 826
Richmond, VA 23207
804/644-0721

Michael M. Weise, Esq.
2407 Farrand St.
Richmond, VA 23231
804/222-2924

CIVIL ACTION NO. 97CV300

Benito Calcines
No. 32633-083
P. O. Box 7007
Marianna, Florida 32447-7007

INTERPRETER:
ARTHUR KEPLER
231-1948

ANA ESTERBRICK
740-6148

### BAIL & RELEASE

**PRE-INDICTMENT**
- Release Date:
- [ ] Bail Denied
- AMOUNT SET $
- Date Set
- [ ] Bail Not Made
- Date Bond Made
- [ ] Fugitive
- [ ] Pers. Rec.
- [ ] PSA
- Conditions:
- [ ] 10% Dep.
- [ ] Surety Bnd
- [ ] Collateral
- [ ] 3rd Prty
- [ ] Other

**POST-INDICTMENT**
- Release Date:
- [ ] Bail Denied
- AMOUNT SET $
- Date Set
- [ ] Bail Not Made
- Date Bond Made
- [ ] Fugitive
- [ ] Pers. Rec.
- [ ] PSA
- Conditions:
- [ ] 10% Dep.
- [ ] Surety Bnd
- [ ] Collateral
- [ ] 3rd Prty
- [ ] Other

**APPEALS FEE PAYMENTS**

## FINE AND RESTITUTION PAYMENTS

[X] Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE<br>DOCUMENT NO | Yr Docket No Def<br>91-00070-01-R | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE   PAGE 1 OF<br>☒ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY<br>Start Date / End Date | Ltr Code | Total Day |
|---|---|---|---|---|---|
| | (OPTIONAL) Show last names of defendants | **V. PROCEEDINGS** | | | |
| 1991<br>June 17 | -- | Criminal Complaint, filed in open Court.                                    lcq | | | |
| June 17 | -- | PROCEEDINGS BEFORE MAGISTRATE: Lowe, M. Appearances: Defts. w/counsel. AUSA. Matter came on for initial appearance. Statements made by Govt. DEA Agent Robert Reyes sworn as interpreter. Defts. advised of charges/penalties. FINDING BY COURT; there was probable cause for arrest. Defendant given financial affidavit to complete. Matter continued to 6/17/91 at 1:30 p.m. (1:15)                                    lcq | | | |
| June 17 | | PROCEEDINGS BEFORE MAGISTRATE: Lowe, M. Appearances: Deft. w/counsel. AUSA. Matter came on for bond hearing. Deft. advised of possible conflict. Independent interpreter sworn. Deft's request for ruling on McLaughlin and that he be released on PR bond, DENIED. Deft's counsel to advise Ct. when he desires hearing. Deft. remanded to custody. (2:10)        lcq | | | |
| June 20 | | PROCEEDINGS BEFORE MAGISTRATE: Lowe, M. Appearances: Deft. w/counsel. AUSA. Matter came on for bond hearing and argument on McLaughlin issue. Deft. adopts deft. M. Lopez's motion. Arguments regarding McLaughlin by govt. and on behalf of deft. FINDINGS BY COURT: Agents acted in good faith and violation not intentional. Deft's motion to dismiss, DENIED. Govt's request that deft. be held w/o bond. Govt. adduced evidence, rested. Deft. adduced no evidence. Deft. objects to Pre-Trial Services report. Arguments by govt. and on behalf of deft. FINDINGS BY COURT: Deft. is a danger to society and no conditions that would assure his appearance. Deft. held w/o bond. Deft. waived preliminary hearing. Deft. remanded to custody. (2:45) | | lq | |
| June 21 | | Order of Detention Pending Trial, ENT 06-21-91 DGL, filed. Cps. dist.                                                         lcq | | | |
| June 21 | | Deft's Waiver of Preliminary Hearing, filed.                  lcq | | | |
| Jul. 3 | 1 | Indictment, a true bill, returned before a judge in open court, filed.                                                        phb | | | |
| July 05 | 2 | Order **UNDER SEAL**, ent'd 07-05-91 (RRM, Jr.), filed. Copies distributed to relevant Parties.                                          rlw | | | |
| Jul. 9 | - | Letters to Deft's attys. re: arraignment 7/17/91 at 3:00 p.m. & enclosing 2 cps. each of indictment.                           phb | | | |
| July 17 | 3 | Atty Gonzalez's Notice of Appearance, filed in Open Court.    jtj | | | |
| July 17 | -- | ARRAIGNMENT PROCEEDINGS: Williams, J., R. Belsvik, OCR. AUSA. Deft w/counsel. Matter came on for arraignment proceedings. Interpreter recognized and sworn: Jose A. Quinonez. Deft WFA and pled NG to Cts 1,2&3. Case contd to September 10, 1991, at 9:30 a.m. for Jury Trial. Deft's motions to be filed in 15 working days; Govt to respond in 10 working days; Deft to file briefs in 5 working days. Oral arguments are to be scheduled w/Judge's secretary by counsel. Atty Lichtenstein moved to withdraw as counsel for Deft. Court granted same. Court directed Atty Gonzalez to obtain local counsel in 10 days hereof. Deft remanded.(.15)            jtj | | | |
| July 19 | 4 | Plea Agreement, filed in Open Court.                         jtj | | | |
| July 19 | -- | REARRAIGNMENT PROCEEDINGS: Williams, J., R. Belsvik, OCR. Deft w/counsel. U.S. Atty. Matter came on for rearraignment pro- ceedings. Deft w/drew pleas of NG as to Cts 1&2 and rearraigned on those Cts. Plea Agreement, filed in Open Court. Deft entered pleas of G as to Cts 1&2. Court accepted pleas. Govt summarized evidence. JUDGMENT: Deft G as charged in Cts 1&2. P.S.I. Ordered. (Interpreter Joyce Schwank initially recognized by the Court and sworn.) Sentencing Guideline Order, entered in Open Court. Case contd to October 2, 1991, at 9:30 a.m. for Sentencing. Deft remanded.                                                  jtj | | | |
| July 19 | 5 | SENTENCING GUIDELINE ORDER, ENT 07/19/91, RLW, filed. Cps. mailed. jtj | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET          U.S. vs   CALCINES, BENITO A.                         91-00070-01-R

AO 256A                                                                    Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| **1991** | | |
| August 15 | 12 ORDER of the Court, ENT 08-15-91, RLW, filed UNDER SEAL. Cps. mailed.                                                                jtj | |
| August 27 | 14 ORDER of the Court, ENT UNDER SEAL, 08-27-91, RLW, filed. Cps. mailed.                                                                jtj | |
| Sep. 6 | 27 ORDER. ENT 9/6/91, RLW, filed. Cps. dist. (SEALED) phb | |
| Oct. 1 | 38 ORDER, ENT 10-01-91, DGL, filed. Cps. dist. UNDER SEAL | |
| Oct. 1 | -- Marshal's return on WHCAT for Eugenio O. Gonzalez ret. lcq 9/10/91 at 9:30 a.m., executed, & filed.                         phb | |
| Oct. 1 | -- Marshal's return on WHCAT for Marvin Lipscomb ret. 9/10/91 at 9:30 a.m., executed, & filed.                                 phb | |
| Oct. 1 | -- Marshal's return on WHCAT for Michael Rodriguez ret. 9/10/91 at 9:30 a.m., executed, & filed.                               phb | |
| Oct. 28 | 39 Deft's Motion for Postponement of Sentencing, filed. phb | |
| Oct. 31 | 40 ORDER that Deft's motion for sentencing continuance is GRANTED, & sentencing is set for 12/20/91 at 2:30 p.m. ENT 10/31/91, RLW, filed. Cps. dist.                phb | |
| Dec. 18 | 46 Govt's Position w/Respect to Sentencing Factors, filed.phb | |
| Dec. 20 | -- SENTENCING PROCEEDINGS: Williams, J., R. Belsvik, OCR. Deft w/counsel. U.S. Atty. Matter came on for sentencing under the Guidelines Act on Cts 1 & 2 of the indictment. Objection to P.S.I. made by Deft and noted by Court. Statements made by Govt, Deft's counsel and Deft. Interpreter Arthur Ketler sworn. Sentence Imposed: Ct 1-235 mos impr; 5 yrs supr rel. Ct 2-60 mos impr; 3 yrs supr rel. On motion of Govt, Ct 3 is DISMISSED. Deft to pay $100 spec. assess. Deft to receive credit for time served. Court recommended Deft be placed in minimum security institution in or near State of Florida as near Deft's residence as possible. Deft remanded to custody.(.50)        jtj | |
| Dec. 20 | 47 JUDGMENT IN A CRIMINAL CASE, ENT 12/20/91, RLW, filed. Cps. mailed.                                                                jtj | |
| **1992** | | |
| Feb. 19 | -- Marshal's Return on Judgment in a Criminal Case, partially executed, filed.                                                          jtj | |
| **1994** | | |
| Feb. 7 | 62 Deft's Notice of Filing Request for a 3-Judge Court to Decide Deft's Sworn Motion to Reduce Terms of of Sentence, filed.                                                                    phb | |
| Feb. 7 | 63 Deft's Request for a 3-Judge Court to Decide Deft's Sworn Motion to Reduce Terms of Sentence, filed.     phb | |
| Feb. 7 | 64 Deft's Notice of Filing Sworn Motion to Reduce Terms of Sentence, filed.                                                             phb | |
| Feb. 7 | 65 Deft's Sworn Motion to Reduce Terms of Sentence, filed.phb | |
| **1995** | | |
| March 6 | 66 ORDER that Deft's motion for a reduction in his sentence is DENIED and his request for a three-judge court to decide his motion is DENIED. Deft advised he may appeal this Order in 30 days, ENT 03/06/95, RLW, filed. Cps. mailed.   JJP | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| **1997** | | | | | | |
| Feb. 19 | 67 | Petitioner's Motion Requesting Permission To File A Title 28 U.S.C Section 2255, as a Pro Se Litigant, By Means Or In Forma Pauperis; and Incorporated Motion Requesting Sentencing Transcripts and Other Particular Documents In Order To File His Title 28 USC Section 2255 Motion, filed.           dht | | | | |
| April 22 | 68 | FINAL ORDER that the motion to proceed IFP is GRANTED; deft's motion for transcripts and other particular documents to aid him in preparation of his 2255 petition is DENIED, ENT 04-22-97, RLW, filed. Cps. dist.       lcq | | | | |
| Apr. 24 | | Deft's Motion under 28 USC 2255 to Vacate, Set Aside or Correct Sentence received and forwarded to Law Clerk       lcq | | | | |
| Apr. 24 | 69 | Deft's Motion to Vacate, Correct or Set Aside Sentence, filed.       lcq | | | | |
| Apr. 28 | 70 | ORDER that the Clerk is DIRECTED to deft's motion as of April 24, 1997; the U. S. Attorney is ordered to file its response within 30 days of receiving this order;deft. may file a reply within 20 days, ENT 04-28-97, RLW, filed. Cps. dist.       lcq | | | | |
| May 28 | 73 | Govt's Answer and Motion to Dismiss or for Summary Judgment and Brief in Support, filed. | lq | | | |
| June 24 | 74 | Defendant's Motion Requesting An Enlargement of Time Pursuant To Responding To The Government's Reply, filed. | | dht | | |
| Aug. 13 | 75 | ORDER that defendant's motion for extension of time is GRANTED for 45 days from the entry of this Order. ENT. 08/13/97, RLW, filed. Cps. mailed. | | dht | | |
| Oct. 28 | 76 | Defendant's Response to Government's Answer and Motion To Dismiss Or For Summary Judgment and Brief In Support, filed. | | dht | | |
| May 13 | 77 | MEMORANDUM OPINION filed. ENT. RLW. Copies dist. | lcm | | | |
| May 13 | 78 | FINAL ORDER as to Benito Calcines denying petitioner's motion to vacate, correct, or set aside his sentence, and dismissing the petition with prejudice as to all claims. ENT. RLW. 5-13-98. Copies dist. | | | | |
| **2008** | | | | | | |
| Sept 10 | | Staff Note: Two original PROB 22 Transfer of Jurisdiction forms and letter forwarded to the USDC for the SouthernDistrict of Florida at Miami. (lhin) | | | | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     U.S. vs    CALCINES, BENITO A.

AO 256A

91-00070-01-R
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) \| (b) \| (c) \| (d) |
|---|---|---|
| 2008<br><br>Nov 24<br>(80) | PROBATION Jurisdiction Transferred OUT TO THE Southern District of Florida at Miami as to Benito Calcines. Transmitted Letter from Clerk and Transfer of Jurisdiction form, with certified copies of the Indictment, Judgment in a Criminal Case, and Docket Sheet. Also provided Case Inquiry Reprt for Financial Deputy. (lhin) | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

**FERNANDO GALINDO**
**CLERK OF COURT**

| | |
|---|---|
| Telephone: | Area Code 804 |
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |

November 24, 2008

**Clerk's Office**
**8 Wilkie D. Ferguson, Jr.**
**United States Courthouse**
**400 North Miami Avenue**
**Miami, FL 33128**

Re:  Our Criminal Action Number: 3:91CR70
     Your Criminal Action Number:  ?
     *United States vs. Benito Calcines*

Dear Criminal Section:

Thank you for returning the completed PROB 22 Transfer of Jurisdiction. The form has been docketed and filed.

To effectuate the transfer, we have enclosed certified copies of the Indictment, Judgment In A Criminal Case and Docket Report from our case file. We have also enclosed a copy of the Case Inquiry Report for your Financial Deputy.

Please return the enclosed copy of this letter to our <u>Richmond</u> office acknowledging receipt of the certified copies enclosed.

Please call us at (804) 916-2230 if we can provide your office with any additional certified copies from our case file. Thank you again for your kind assistance.

Sincerely,
FERNANDO GALINDO, CLERK

By: L. Hines, Deputy Clerk

cc:  USPO Richmond
     Financial Litigation Unit - Norfolk
     case file

**Date Documents Received:**_____

**Deputy Clerk:**_____

---

*Divisional Offices:*   •   *Alexandria*   •   *Newport News*   •   *Norfolk*   •   *Richmond*   •